# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: ROTH, ZACHARY C | § | Case No. 09-71348 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $189,834.00 *(without deducting any secured claims)* | Assets Exempt: $17,518.00 |
| Total Distribution to Claimants: $1,506.29 | Claims Discharged Without Payment: $41,122.32 |
| Total Expenses of Administration: $2,710.03 | |

3) Total gross receipts of $ 4,216.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,216.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $183,451.02 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,960.03 | 2,710.03 | 2,710.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,254.28 | 18,369.83 | 18,369.83 | 1,506.29 |
| **TOTAL DISBURSEMENTS** | $224,705.30 | $22,329.86 | $21,079.86 | $4,216.32 |

4) This case was originally filed under Chapter 7 on April 03, 2009. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2010 _____ By: /s/STEPHEN G. BALSLEY _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash value life insurance policy-Northwestern Mu | 1129-000 | 4,216.18 |
| Interest Income | 1270-000 | 0.14 |
| **TOTAL GROSS RECEIPTS** | | **$4,216.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Countrywide Home Loans | 4110-000 | 171,322.02 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 12,129.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$183,451.02** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,054.08 | 1,054.08 | 1,054.08 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,902.00 | 1,402.00 | 1,402.00 |
| U.S. Bankruptcy Court | 3120-000 | N/A | 0.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.95 | 3.95 | 3.95 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 3,960.03 | 2,710.03 | 2,710.03 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | 5,943.63 | 6,267.85 | 6,267.85 | 513.95 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 1,126.94 | 1,221.23 | 1,221.23 | 100.14 |
| 3 | Recovery Management Systems Corporation | 7100-000 | 1,123.23 | 1,242.72 | 1,242.72 | 101.90 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 8,801.70 | 9,638.03 | 9,638.03 | 790.30 |
| NOTFILED | Ford Motor Credit Company Nat'l Bankrputcy Serv. Ctr. | 7100-000 | 24,258.78 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 41,254.28 | 18,369.83 | 18,369.83 | 1,506.29 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71348

**Case Name:** ROTH, ZACHARY C

**Period Ending:** 12/14/10

**Trustee:** (330410) STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 04/03/09 (f)

**§341(a) Meeting Date:** 05/14/09

**Claims Bar Date:** 10/27/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 580 Thunder Valley Trail | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Prairie Community Bank | 78.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-Prairie Community Bank | 190.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account-Harris Bank | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous household goods & furnishings-debt | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel-debtor's possession | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Cash value life insurance policy-Northwestern Mu | 5,316.00 | 5,316.00 | DA | 4,216.18 | FA |
| 8 | Union pension/defined benefit | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2002 Ford F250 picup truck subject to lien of Am | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 14' utility trailer | 400.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.14 | FA |
| 11 | **Assets**        Totals (Excluding unknown values) | **$189,834.00** | **$5,316.00** | | **$4,216.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      April 3, 2011

**Current Projected Date Of Final Report (TFR):**      June 28, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-71348 | |
| **Case Name:** | ROTH, ZACHARY C | |
| **Taxpayer ID #:** | **-***7182 | |
| **Period Ending:** | 12/14/10 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****01-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/10 | {7} | Zachary C. Roth | Proceeds from liquidation of life insurance policy | 1129-000 | 4,216.18 | | 4,216.18 |
| 06/07/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-71348 | 2300-000 | | 3.95 | 4,212.23 |
| 06/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.14 | | 4,212.37 |
| 06/21/10 | | To Account #9200*****0166 | Transfer to Closed Money Market Account | 9999-000 | | 4,212.37 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 4,216.32 | 4,216.32 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,212.37 | |
| **Subtotal** | 4,216.32 | 3.95 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,216.32** | **$3.95** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-71348 |
| Case Name: | ROTH, ZACHARY C |
| Taxpayer ID #: | **-***7182 |
| Period Ending: | 12/14/10 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******01-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/10 | | From Account #9200******0165 | Transfer to Closed Money Market Account | 9999-000 | 4,212.37 | | 4,212.37 |
| 09/01/10 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 250.00 | 3,962.37 |
| 09/01/10 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,402.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,402.00 | 2,560.37 |
| 09/01/10 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,054.08, Trustee Compensation;  Reference: | 2100-000 | | 1,054.08 | 1,506.29 |
| 09/01/10 | 104 | Roundup Funding, LLC | Dividend paid 8.19% on $6,267.85; Claim# 1; Filed: $6,267.85; Reference: | 7100-000 | | 513.95 | 992.34 |
| 09/01/10 | 105 | Chase Bank USA, N.A. | Dividend paid 8.19% on $1,221.23; Claim# 2; Filed: $1,221.23; Reference: | 7100-000 | | 100.14 | 892.20 |
| 09/01/10 | 106 | Recovery Management Systems Corporation | Dividend paid 8.19% on $1,242.72; Claim# 3; Filed: $1,242.72; Reference: | 7100-000 | | 101.90 | 790.30 |
| 09/01/10 | 107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 8.19% on $9,638.03; Claim# 4; Filed: $9,638.03; Reference: | 7100-000 | | 790.30 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,212.37 | 4,212.37 | $0.00 |
| Less: Bank Transfers | 4,212.37 | 0.00 | |
| Subtotal | 0.00 | 4,212.37 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,212.37 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******01-65 | 4,216.32 | 3.95 | 0.00 |
| Checking # 9200-******01-66 | 0.00 | 4,212.37 | 0.00 |
| | $4,216.32 | $4,216.32 | $0.00 |

{} Asset reference(s)